# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE JOINT SUCCESSION OF
JOHN KERMIT HAYNES AND GRACE
ROSS HAYNES

NO.  2025 CW 0497

**JULY 28, 2025**

---

In Re:    Billy A. Haynes, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          66,981.

---

**BEFORE:    THERIOT, LANIER, AND MILLER, JJ.**

    **WRIT NOT CONSIDERED IN PART AND DENIED IN PART.** As to the judgment denying the Motion for DNA Testing and granting the exception of peremption, this writ application is untimely. Relator's notice of intent was filed on May 21, 2025, more than thirty days after notice was issued of the district court's judgment signed on January 15, 2025. Although relator filed a motion for new trial from the January 15, 2025 judgment, that ruling was interlocutory, and a motion for new trial pertains only to final judgments and was procedurally improper. Moreover, the filing of a motion for new trial seeking reconsideration of an interlocutory ruling cannot interrupt the thirty-day period for filing an application for supervisory writs established by Rule 4-3 of the Uniform Rules of Louisiana Courts of Appeal. See **Carter v. Rhea,** 2001-0234 (La. App. 4th Cir. 4/25/01), 785 So.2d 1022, 1025.  As to the judgment denying relator's motion for partial summary judgment, the writ is denied.

MRT
WIL
SMM

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT